IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALICE TERRY,[1] | § | |
| | § | No. 426, 2023 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN23-04533 |
| JAKE SHAW, | § | Petition No. 23-20155 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: May 29, 2024
Decided: June 10, 2024

## **ORDER**

On April 11, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Alice Terry, because she had not filed an opening brief by the April 5, 2024 deadline set by the Court. On April 22, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to Terry directing her to show cause why this appeal should not be dismissed for her failure to file an opening brief. Terry received the notice on May 16, 2024. A timely response to the notice to show cause was due on or before May 28, 2024. To date, Terry has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice